*q*

United States District Court
Southern District of Texas
FILED

AUG 0 5 2002

Michael N. Milby, Clerk of Court

HONORABLE___RANDY CRANE___JUDGE PRESIDING

COURTROOM CLERK: ____Ludi Cervantes_____

ELECTRONIC COURT RECORDING OPERATIOR: ___Carmel Phelps___

LAW CLERK: ___Ann Cole_____

INTERPRETER: _____

CONVENE:_____2:40-2:43_____PM___ DATE: ___AUGUST 5, 2002_____

CIVIL CASE NO.___M-02-142___

| ELISEO MORALES PADILLA | ) | Michael McGurk |
| | ) | |
| vs | ) | |
| | ) | |
| ARNOLDO GARCIA, ET AL | ) | Bill Corcoran |

## INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Case called on the docket. Counsel announce presence. Unopposed Rule 1 Motion to Appear by Michael McGurk filed and GRANTED. Bill Corcoran is present for the defendants, who have filed no answer per agreement during attempt to settle this case. Mr. McGurk announces that he has informed the defendants to answer within 20 days from today. Court will issue a scheduling order setting deadline for discovery in 3 months and the trial in December, 2002.